**BP-XXXX.XXX**
**June 2018**
**TERMINAL REPORT**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**Parent Inst: CDC**

| RRC OFFICE | LAST MODIFIED DATE | LAST MODIFIED BY |
|---|---|---|
| 2FJHope Village, Inc. | June 25, 2018 | Mr. David Worrels |
| **REG NO.** | **ARRIVAL DATE** | **CASE TYPE** |
| 43339-007 | June 12, 2018 | Institutional Transfer |
| **INMATE NAME** | **RELEASE DATE** | **COMPONENT** |
| Hubbard, Joshua | June 20, 2018 | CCC |

## Facility Adjustment

**Program Plans**

N/A

**Employment**

N/A

**Educational / Vocational Participation**

N/A

**Physical & Mental Health**

N/A

**Disciplinary Actions**

6/12/18:200 Escape (Late Arrival to Hope Village) Pending B.O.P Sanction
6/20/18:102 Escape ( Escape from Hope Village) Pending B.O.P Sanction
6/20/18: 112: Use of Narcotics/Possession of Anything Unauthorized Pending B.O.P Sanction
6/20/18: 299/288: Conduct which disrupts or interferes with the security or orderly running of the
institution/interfering with a staff member in the performance of duties most like another High severity prohibited act.
Pending B.O.P. Sanction

**Financial Responsibility Plan**

N/A

**Community Support**

N/A

**Prognosis Success**

Poor Institutional Adjustment

**Furloughs**

N/A

**Summary/Comment**

Mr. Hubbard was released via Escape. During his tenure he maintained a Negative attitude towards staff and peers;
however, he did not complete the Hope Village program

Terminal Report for Hubbard, Joshua  43339-007

| Release Planning |
| --- |
| **Release Address** |
| Proposed Address:<br>1517 Benning Road NE Apartment J12, Washington DC 20019<br>With: Rose Hubbard (Mother) 240-716-1079 |
| **Release Employment** |
| N/A |
| **Release Resources** |
| N/A |