**From:** Prins, Sarah (USADC)
**To:** Rosenberg, Kevin (USADC)
**Subject:** RE: Joshua Hubbard
**Date:** Friday, August 24, 2018 12:31:13 PM

The complaining witness, K███ W███, thinks that the defendant needs to work on himself mentally, be by himself, and get his life together so he that take care of their daughter. She feels much safer when he is in jail because he has assaulted her multiple times, violated stay-away orders, found out where she lived when she moved to get away from him, and continues to write to her from jail against her wishes.