| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
|---|---|---|---|
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☑ LOCKUP ☐ POST & FORFEIT | Jul 20, 2018 20:31 | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | |

| CHARGE-3 | | | CCN # |
|---|---|---|---|
| Unlawful Entry (22DC3302) | | | 18119692 |
| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☑ LOCKUP ☐ POST & FORFEIT | Jul 20, 2018 20:32 | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | |

| CHARGE-4 | | | CCN # |
|---|---|---|---|
| Simple Assault (22DC404A, 22DC404) | | | 18116053 |
| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☑ LOCKUP ☐ POST & FORFEIT | Jul 20, 2018 20:32 | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | |

| CHARGE-5 | | | CCN # |
|---|---|---|---|
| Simple Assault (22DC404A, 22DC404) | | | 18119692 |
| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☑ LOCKUP ☐ POST & FORFEIT | Jul 20, 2018 20:32 | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | |

| CHARGE-6 | | | CCN # |
|---|---|---|---|
| Destruction Of Public Property (22DC3311-X) | | | 18119692 |
| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
| ☐ CITATION ☐ BOND ☐ COLLATERAL ☑ LOCKUP ☐ POST & FORFEIT | Jul 20, 2018 20:32 | | |
| | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE | |

## STATEMENT OF FACTS

BWC ACTIVATED

On July 16th 2018 Officer Bolton responded to ▮▮▮▮▮ For a Domestic Assault. On that Day Defendant-1 (Joshua Hubbard) was named by V-1 as the person who had struck her multiple time in the face.

On July 20th 2018 at approximately 1640 hours, while working as cruiser 5072 evening, in full uniform utilizing cruiser 5074, officer Vanriel responded to ▮▮▮▮▮ for a Domestic assault, with Officer Estey (5071 Evenings).

When arriving on scene officer Estey spoke with Joshua Hubbard 04.28.1991 (Defendant-1) ▮▮▮▮ V-1, who states that there was no assault that had occurred at the residence, between her and Defendant-1. V-1 stated that there was an argument that occurred the previous night (07/19/2018), between her and her friend, which resulted in her phone being broke.

Officer Vanriel asked if Defendant -1 was still in the residence, at which point V-1 stated that he was not. Officer Vanriel then asked V-1 if he could take a look inside the home to make sure. V-1 then gave officer Vanriel consent.

As officer Vanriel walked in the home he could hear sounds coming from the room all the way in the rear. When he entered the room Defendant-1 was standing in the back room. At this point Defendant-1 identified himself as Kenneth Jones with a date of birth of 04.28.1991.

Officer Estey did a Wales NCIC Check via the dispatcher of the name Kenneth Jones. Which result in no return.

Officer Vanriel then asked V-1 what the Defendants name was which she replied Kenneth Hubbard.

While officers were investigating, Defendant-1 went to the bedroom, which is located in the rear of the apartment and closed the door on Officer Rohan. He then escaped through the Bedroom window and fled on foot.

Officers then took chase on foot. Defendant-1 was located in the rear of 1513 Gales street NE Washington DC, hiding under the outside stairwell. The rear of this location was Gated off by tall fencing and a large garage door. Defendant-1 did not reside at this residence.

As officer entered the Rear of 1517 Gales S, Defendant-1 then attempted again to flee from officer on foot, by running and climbing over the tall fencing. At which point Officer Vanriel and Nettles were able to Place Defendant-1 under arrest.

At this point Defendant-1 identified himself to Officer Blier as Joshua Hubbard.

Officers did a Wales NCIC check of Defendant-1's correct name which resulted in him having a Warrant for Escaping. **Warrant number 181606201556A**.

Defendant-1 was placed under and transported to the 5th district for processing.

While at the station, Defendant-1 continued to be very hostile. He refused to be search again by the station personal.

On July 20, 2018 Detective Pinto Responded to 1517 Benning road and spoke t██etective pinto did a conformation photo for an assault from July 16th 2018 CCN's 18116053. ██

Upon Further investigation it was revealed to officers by V-1 that on the morning of July 20, 2018 at approximately 0200 hours Defendant -1 an ██ had gotten into a verbal argument, due to Defendant-1 being in the home when he should not be.

████████████████████████████████████████

V-1 was left with visible contusion on her face.

Defendant-1 will be Charged with Simple assault Domestic (CCN18116053), Simple assault Domestic, Destruction of Property Domestic, Bench Warrant, Resisting Arrest, Unlawful entry.

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Margodane Vanriel (#10709)    07/20/2018 (e-signature) | Franklin Porter (#6154)    07/20/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Margodane Vanriel (#10709) | Franklin Porter (#6154) |

## CCN #18119692 – PUBLIC NARRATIVE

BWC activated.

Officers arrived on scene for an assault. When speaking with V-1, officers were informed that no assault had taken place, at the location. V-1 one informed officers that no one else was in the apartment at the time, and gave officers permission to look inside the home. When entering the home Officers found S-1 in the back room. S-1 gave officers a false name.

S-1 entered the rear room and shut the door on officers. At this point he fled out the window on foot. Officers took chase and located S-1 in the rear of 1513 Gales st Ne.

Defendant one attempted flee from officers again out of the gated backyard he had climbed into to hide. He was the detained by officers.

Defendant-1 then gave his correct name

A Wales NCIC check revealed that S-1 had a warrant for Escaping.

5d19 responded to 1517 benning and spoke with V-1. He showed her a conformation photo, which she indentified as the person as S-1, a person who assaulted her on July 16th 2018 at 1926 hours.

Upon further investigation officers discovered that S-1 had assaulted V-1 on July 20th at 0200 hours, after they got into an arguement over S-1 being in the house. He had struck her multiple time on the right side of the face leave contusion. During the assault S-1 also broke V-1's Cell phone.

## CCN #18119692 – INTERNAL NARRATIVE

Cruiser 500 on scene.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Margodane Vanriel (#10709)   07/20/2018 (e-signature) | Franklin Porter (#6154)   07/20/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Margodane Vanriel (#10709) | Franklin Porter (#6154) |

## APPROVAL HISTORY

Report Submitted by Margodane Vanriel (#10709)
Jul 20, 2018 20:48

Report Completed by Franklin Porter (#6154)
Jul 20, 2018 20:50